```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41602
    CANDIDO GALLEGOS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0346

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/09/2004 and was confirmed 01/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.14%.

     The case was paid in full 12/18/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00           .00            .00
VW CREDIT                 SECURED NOT I  NOT FILED           .00            .00
VW CREDIT                 UNSECURED       22234.46           .00        3810.76
AMERICAN EXPRESS TRAVEL   UNSECURED       12448.13           .00        2133.49
SHERMAN ACQUISITION       UNSECURED        8057.04           .00        1380.90
BANK ONE                  UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        6714.39           .00        1150.78
SHERMAN ACQUISITION       UNSECURED       12529.35           .00        2147.41
SHERMAN ACQUISITION       UNSECURED       10859.91           .00        1861.28
US BANK NA                SECURED NOT I    1831.02           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       10537.70           .00        1806.06
MELVIN J KAPLAN           DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       1,009.45
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               18,000.13

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     14,290.68
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,009.45
DEBTOR REFUND                                       .00
                      --------------        --------------
TOTALS                18,000.13              18,000.13
```

              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 41602 CANDIDO GALLEGOS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 41602 CANDIDO GALLEGOS